IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MATT GARCIA,                                              *

               Plaintiff,                        *

v.                                                                 Case No. 5:26-cv-305 (TES)

                                *

ROWAN WILSON, et al.,                              *

              Defendants.                   *

_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated July 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 24th day of July, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk